■ THE BOWERY SAVINGS BANK, Appellant, v. RETAIL REALTY, INC., et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to respondents. Special Term, in granting leave to replead, placed no restrictions upon the permission granted, nor do we. Plaintiff is free to plead performance if it so desires, or to avail itself in its pleading of any excuses it might have for nonperformance if such be the fact. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.

■ JULIO DEL VALLE, by His Guardian ad Litem, FAUSTINO DEL VALLE et al., Respondents, v. JAMES O. GREGERSEN, Appellant, et al., Defendant.— Judgment unanimously affirmed, with costs to the respondents. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ JUAN M. CALIXTO, Respondent, et al., Plaintiff, v. JAMES O. GREGERSEN, Appellant.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES WINNINGHAM, Also Known as JOSE B. PEREZ, Appellant.— Order unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of L. J. PHILLIPS-WOOD DOLSON CO., INC., Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent, and JOSEPH N. SHORE, Intervenor-Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent State Rent Administrator. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MILTON BUTTS, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DOMENIC COVELLI, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN RIZZO, Appellant.—Judgment unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ BERNICE SIMON, Appellant, v. BERNARD V. SIMON, Respondent.— Final judgment and order unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD J. DODD, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens. JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN POWERS, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.